JUDGE HELLERSTEIN

# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 11082

*FILED U.S. DISTRICT COURT 2019 DEC -5 PM 2:[?] S.D. OF N.Y.*

**DATE FILED:** DEC 0 3 2019

JUDGE MARRERO

**SIGNED BY:**

**DATE SIGNED:** NOV 2 7 2019

**TO BE FILED UNDER SEAL:**

_____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

_____ OTHER DOCUMENTS / EXHIBITS